■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL MARTINEZ, Appellant. [874 NYS2d 857]—Appeal from a new sentence of the Supreme Court, Monroe County (Harold L. Galloway, J.), rendered May 26, 2005 imposed on defendant's conviction of criminal sale of a controlled substance in the first degree. Defendant was resentenced pursuant to the 2004 Drug Law Reform Act upon his 1997 conviction.

It is hereby ordered that the sentence so appealed from is

unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.